MINUTE ENTRY
DOSSIER, M.J.
August 15, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| J.M., BY AND THROUGH THEIR PARENTS, J.M. AND J.M. | CIVIL ACTION |
| VERSUS | NO. 23-6514 |
| LOUISIANA HIGH SCHOOL ATHLETIC ASSOCIATION, INC. | SECTION: "R" (3) |

A settlement conference was held via Zoom videoconference on Thursday, August 15, 2024. The following individuals participated in the settlement conference:

*Plaintiff:* Christopher F. Edmunds, John Martinez, and Jennifer Martinez

*Defendant:* Mark D. Boyer and Eddie Bonine

Following the settlement conference, counsel advised that negotiations were successful, resulting in the tentative settlement of all claims. The material terms of the tentative settlement were memorialized on the record. The parties will take the appropriate steps to seek relief from the District Court for any upcoming deadlines in the Scheduling Order.[1] The District Judge will be notified of the tentative settlement reached by the parties.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:15

---

[1] Rec. Doc. 16