UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| J.M. | CIVIL ACTION |
| VERSUS | NO. 23-6514 |
| LOUISIANA HIGH SCHOOL ATHLETIC ASSOCIATION, INC. | SECTION "R" (3) |

## ORDER

Before the Court is plaintiff's unopposed motion for leave to file an amended complaint.[1] The Court has reviewed the complaint,[2] plaintiff's motion, the record, the applicable law, and Magistrate Judge Eva Dossier's Report and Recommendation ("R&R").[3] On April 17, 2025, Magistrate Judge Dossier issued an R&R, recommending that the Court grant plaintiff's motion for leave to file an amended complaint.[4] Defendant did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection

---

[1] R. Doc. 30.
[2] R. Doc. 1.
[3] R. Doc. 31.
[4] R. Doc. 31.

1

is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

The Court finds no clear error. Accordingly, the Court adopts the Magistrate Judge's R&R as its opinion. The Court GRANTS plaintiff's motion for leave to file an amended complaint.

New Orleans, Louisiana, this __12th__ day of May, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE